**Criminal Case Cover Sheet**                                    U.S. District Court

**Place of Offense:**

City _____Hagåtña_____          Related Case Information:         **05-00063**

Country/Parish ____N/A____        Superseding Indictment _____ Docket Number _____
                                  Same Defendant _____          New Defendant __X__
                                  Search Warrant Case Number _____
                                  R 20/ R 40 from District of _____

**Defendant Information:**

    Juvenile: Yes ____ No _X_    Matter to be sealed: ____ Yes _X_ No

Defendant Name        ____Pi-Ju Wu____

Allisas Name          _____

Address               _____
                      _____

**RECEIVED**
**AUG 2 4 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date __XX/XX/1966__ SS# __N/A__ Sex _F_ Race _A_ Nationality _Republic of China_

**U.S. Attorney Information:**

AUSA __Jeffrey J. Strand__

Interpreter: ____ No _X_ Yes        List language and/or dialect: _Mandarin Chinese_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____1____        ____ Petty ____ Misdemeanor _X_ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2 | ALIEN SMUGGLING | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __8/15/05__        Signature of AUSA: _____[signature]_____

Case 1:05-cr-00063   Document 1-2   Filed 08/24/2005   Page 1 of 1

1  PWong.Ind

2  LEONARDO M. RAPADAS
   United States Attorney
3  JEFFREY J. STRAND
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
5  108 Hernan Cortes Avenue
   Hagatna, Guam 96910
6  PHONE: (671) 472-7332
7  FAX: (671) 472-7334

8  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE DISTRICT OF GUAM

05-00063

11  UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. _____
12                                 )
              Plaintiff,           )
13                                 )   **INDICTMENT**
              vs.                  )
14                                 )   ALIEN SMUGGLING
15                                 )   [8 U.S.C. § 1324(a)(2)(B)(ii)
                                   )   and 18 U.S.C. § 2]
16  PI-JU WU,                      )
17                                 )
              Defendant.           )
18  _____  )

19  THE GRAND JURY CHARGES:

20      On about August 8, 2005, within the District of Guam and elsewhere, the defendant, PI-JU
21  WU, knowingly or in reckless disregard of the fact than an alien did not receive prior official
22  authorization to come to, enter or reside in the United States, did bring and attempt to bring to the
23
24  United States an alien for the purpose of commercial advantage and private financial gain, to wit:
25  Sha Lin to the Guam International Airport, in violation of Title 8, United States Code, Section
26  //
27  //
28

1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this 24th day of August, 2005.

A TRUE BILL.

_[signature redacted]_
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _/s/ Jeffrey J. Strand_
JEFFREY J. STRAND
Assistant U.S. Attorney

Approved:

_/s/ Karon V. Johnson for_
RUSSELL C. STODDARD
First Assistant U.S. Attorney