AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

U.S. MARSHALS GUAM
RECEIVED
24 AUG 2005 14 00 01

UNITED STATES OF AMERICA

V.

**PI-JU WU**

## WARRANT FOR ARREST

Case Number: CR-05-00063

**FILED**
DISTRICT COURT OF GUAM
AUG 2 6 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **PI-JU WU**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense)

8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2 and 6 U.S.C. §§ 251 and 557 - Alien Smuggling

in violation of Title _____ United States Code, Section(s) _____

**VIRGINIA T. KILGORE**
Name of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

_/s/ Virginia T. Kilgore_
Signature of Issuing Officer

**AUGUST 24 2005, HAGATNA, GUAM**
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC, Women's Facility, Mangilao, GU

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/25/2005 | Timothy Conway S/A | _/s/ Timothy Conway_ |
| DATE OF ARREST 8/25/2005 | | |