

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00063**     **DATE: 10/18/2005**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                        Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:42:13 - 11:07:47**   CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * *

**DEFT:** PI-JU WU                                **ATTY:** JOHN GORMAN
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                        AGENT: TIM CONWAY, DEPT. OF HOMELAND SECURITY

U.S. PROBATION: JOHN SAN NICOLAS                  U.S. MARSHAL: V. ROMAN

INTERPRETER: FOO MEE CHUN CLINARD, previously sworn     LANGUAGE: CHINESE

**PROCEEDINGS:  CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 38   HIGH SCHOOL COMPLETED: 4 YEARS IN JAPAN
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) GUILTY ( ) NOT GUILTY - TO: ALIEN SMUGGLING
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: OCTOBER 13, 2005   PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: FEBRUARY 6, 2006 at 10:00 A.M.   ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: DECEMBER 12, 2005   LODGE WITH COURT: JANUARY 20, 2006
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendation Concerning Plea of Guilty.