# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Pi-Ju Wu, <br><br> Defendant. | Case No. 1:05-cr-00063 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Minute Entry – Change of Plea, Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation filed October 18, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation* |
|---|---|---|
| *October 20, 2005* | *October 21, 2005* | *October 20, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Minute Entry – Change of Plea, Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation filed October 18, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 21, 2005                           /s/ Marilyn B. Alcon
                                                              Deputy Clerk