# FILED

DISTRICT COURT OF GUAM

NOV - 7 2005 ൘

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        vs.<br><br>PI-JU WU,<br><br>                    Defendant. | CRIMINAL CASE NO. 05-00063<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging her with Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on February 6, 2006 at 10:00 a.m.

IT IS SO ORDERED.

DATED this 7 day of November 2005.

ROBERT CLIVE JONES[1]
District Judge

---

[1] The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.