# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:05-cr-00063 |
| vs. | |
| Pi-Ju Wu, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***Order re Report and Recommendation filed November 7, 2005,*** on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*November 8, 2005*                 *November 8, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order re Report and Recommendation filed November 7, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 9, 2005                              /s/ Marilyn B. Alcon
                                                              Deputy Clerk