ORIGINAL



JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PI JU WU

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00063 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING DATE |
| vs. | ) |
| PI JU WU, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for February 6, 2006, at 10:00 a.m. be continued to a date after February 9, 2006 or a date convenient for the Court's calendar.

The parties request this continuance as defense counsel will be off-island on business from January 27 - February 9, 2005.

//

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 24, 2006.

_____
JOHN T. GORMAN
Attorney for Defendant
PI JU WU

_____
JEFFREY J. STRAND
~~KARON V. JOHNSON~~
Attorney for Plaintiff
UNITED STATES OF AMERICA

2