JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
PI JU WU

**FILED**
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00063 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER re STIPULATION TO |
| | ) | CONTINUE SENTENCING DATE |
| PI JU WU, | ) | |
| Defendant. | ) | |

The Stipulation filed on January 25, 2006, is HEREBY APPROVED. The sentencing hearing, previously set for February 6, 2006, is hereby moved to February 13, 2006 at 10:00 a.m.

**SO ORDERED** this 30th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL