Wu.5k1.1

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PI-JU WU,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00063<br><br>**GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e)** |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a substantial assistance downward departure from Offense Level 10 to Level 9, an advisory guideline range of 4 to 10 months. The government intends to recommend a sentence of time served.

RESPECTFULLY SUBMITTED this 7th day of February, 2005.

　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　By:　　/s/ JEFFREY J. STRAND
　　　　　　　　　　　　　　　Assistant U.S. Attorney