DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING


FILED
DISTRICT COURT OF GUAM
FEB 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00063                                    DATE: February 13, 2006

HON. LARRY ALAN BURNS, Designated Judge            Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:00:50 - 10:13:38   CSO: J. Lizama

**************************APPEARANCES**************************

**DEFT: PI-JU WU**                                   **ATTY: JOHN GORMAN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                           AGENT: TIM CONWAY, B.I.C.E.

U.S. PROBATION: MARIA CRUZ                           U.S. MARSHAL: J. CURRY / C. MARQUEZ

INTERPRETER: __FOO MEE CHUN CLINARD__                LANGUAGE: __MANDARIN__

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level: 12         Total offense level: 9       Criminal History Category: I

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Joint stipulation by parties for a sentence of time served.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Government's Motion for Downward Departure - Granted

SENTENCE: CR-05-00063    DEFENDANT: PI-JU WU

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  TIME SERVED  .

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  THREE YEARS  .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. §1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF DEPORTED, SHE SHALL REMAIN OUTSIDE THE UNITED STATES AND NOT RE-ENTER. IF DEPORTATION DOES NOT OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, SHE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HER TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.

3. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE.

4. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE.

6. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS RELEASED TO THE U.S. MARSHALS SERVICE FOR PROCESSING.

Courtroom Deputy: